# *UNITED STATES DISTRICT COURT*
***for the***
***District of Rhode Island***

***Case No. 1:06-M-106M***

***To: SIEA***
***SIEA at Suffolk***

YOU ARE HEREBY COMMANDED, to have the **body** of **MANUEL RAMON VARGAS**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **David L. Martin**, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **3:00 o'clock p.m.**, on the 16th day of **October, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

**Please have defendant at Courthouse for 9:00 A.M.**

WITNESS the Honorable **David L. Martin**

United States Magistrate Judge at Providence, RI
Dated: October 12, 2006.

David A. DiMarzio, Clerk

Initial Appearance

***By*** [signature]
***Martha Saucier - Deputy Clerk***