AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Manuel Ramos Vargas

## WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)

Case Number: 1:06-M-106 R

I, Manuel Ramon Vargas, charged in a (complaint) (petition) pending in this District with _____ in violation of Title 8, U.S.C., 1326(a) and (b)(2), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

+ Manuel Vargas
Defendant

10/16/06
Date

[signature]
Counsel for Defendant