1228991

AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V.

ANTONIO NERI

## WARRANT FOR ARREST

CASE NUMBER: 1:06-M-107M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ANTONIO NERI
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment ☐ Information ☑ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

possession of a firearm having been previously convicted of a felony,

in violation of Title 18 United States Code, Section(s) 922(g)(1)

| | |
|---|---|
| DAVID L. MARTIN | U.S. Magistrate Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| David L. Martin | 10-13-06 Providence, Rhode Island |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ ______________ by ______________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ACI on writ; returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/13/2006 | CJ Wyant SDUSM | [signature] |
| DATE OF ARREST | | |
| 10/17/2006 | | |

This form was electronically produced by Elite Federal Forms, Inc.